**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Arsham Metal Industries, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | Arsham Aluminum Alloys | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 76-0392663 | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11280 Charles Rd.**<br>**Houston, TX 77041**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Harris**<br>County | Location of principal assets, if different from principal place of business<br>_____<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Arsham Metal Industries, Inc.** _____   Case number (*if known*) _____
Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
332900

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 2

Debtor     **Arsham Metal Industries, Inc.**                                                              Case number (*if known*) _____
       Name

| | |
|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                                                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
            Contact name _____
            Phone _____

---

### ▇ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    __Arsham Metal Industries, Inc._____        Case number (if known) _____
          Name

| Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/02/2019__
             MM / DD / YYYY

X _____          **Jeffery Arsham**
Signature of authorized representative of debtor        Printed name

Title   **Chief Operating Officer**

**18. Signature of attorney**

X _____          Date _____
Signature of attorney for debtor                         MM / DD / YYYY

**Melissa A. Haselden**
Printed name

**Hoover Slovacek LLP**
Firm name

**5051 Westheimer
Suite 1200
Houston, TX 77056**
Number, Street, City, State & ZIP Code

Contact phone   **713.977.8686**          Email address   **haselden@hooverslovacek.com**

**00794778 TX**
Bar number and State

## UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS
## OF ARSHAM METAL INDUSTRIES, INC.

### February ____26____, 2019

The undersigned, being all of the members of the Board of Directors (the "Board") of Arsham Metal Industries, Inc., a Texas Corporation (the "Corporation"), and pursuant to the provisions of Texas statutes, hereby consents to the adoption of the following resolutions and to the action authorized in such resolutions being taken by the Board in lieu of a meeting thereof:

**RESOLVED**, that the Corporation should reorganize by filing for bankruptcy protection under Chapter 11 of the Bankruptcy Code with an appropriate federal bankruptcy court sitting in Harris County, Texas;

**RESOLVED**, that Jeffery R. Arsham, the Chief Operating Officer of Arsham Metal Industries, Inc., is hereby authorized and directed to prepare or cause to be prepared the voluntary petition and to cause the initiation and prosecution of a case under the Bankruptcy Code (the "Bankruptcy Case"), and to prepare or cause to be prepared all other documents, pleadings and other others instruments necessary to prosecute the Bankruptcy Case;

**RESOLVED**, that the Corporation is authorized and directed to employ and retain the firm of Hoover Slovacek LLP, Attorneys at Law, to represent the Corporation in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the sole discretion of the Chief Executive Officer to be appropriate; and

**RESOLVED FURTHER**, that any and all actions taken by the Chief Operating Officer for the Corporation, for and on behalf and in the name of this Corporation, prior to the adoption of the foregoing resolutions, in connection with any of the foregoing matters, be and they are hereby, ratified, confirmed and approved in all respects for all purposes.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of Directors of the Corporation, has executed this consent as of the date first written above.

**DIRECTORS**

By: _____
       **Sheldon D. Arsham**

**CLASS A MEMBER:**

By: _____
       **Sheldon D. Arsham**

Fill in this information to identify the case:

Debtor name __Arsham Metal Industries, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A & S Metal Recycling, Inc. 2261 E. 15th Street Los Angeles, CA 90021 | Ross, Banks, May, Cron & Cavin, P.C. eengelhart@rossbanks.com (713) 626-1200 | | | | | $42,048.96 |
| CLM Equipment PO BOX 1830 Covington, LA 70434 | Griffin & Matthews billrichey@griffinandmatthews.com (409) 832-6006 | | | | | $58,403.81 |
| Curlee Manufacturing 13639 Aldine Westfield Rd Houston, TX 77039 | | | | | | $168,014.17 |
| Dennis Williams v 1748 Oak Tree Houston, TX 77080-7240 | | | | | | $46,394.43 |
| Derichebourg Recycling USA P.O. 671383 Dallas, TX 75267-1383 | Barnett & Garcia paralegal2@barnettgarcia.com 512-266-8830 | | | | | $66,723.91 |
| Intrametco 14297 Bergen Blvd., Suite 200 Noblesville, IN 46060 | Totz Ellison & Totz, P.C. jtotz@tetlegal.com 713-275-0303 | | | | | $67,898.40 |
| Jack Engle & Co. 8440 South Alameda St Los Angeles, CA 90001 | | | | | | $100,500.10 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor   **Arsham Metal Industries, Inc.**                                          Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Louisiana Scrap Metal Recycling 2200 Cameron Street Lafayette, LA 70506 | | | | | | $42,246.40 |
| M. Lipsitz & Co., LTD. P.O. Box 1175 Waco, TX 76703 | Totz Ellison & Totz, P.C.  jtotz@tetlegal.com (713) 275-0303 | | | | | $154,944.03 |
| Market Street Recycling LTD P.O. Box 1175 Waco TX, 76703 | | | | | | $70,367.30 |
| Metal Exchange Corp. B P.O.Box 7446M St. Louis, MO 63195 | Totz Ellison & Totz, P.C.  jtotz@tetlegal.com (713) 275-0303 | | | | | $89,510.89 |
| Monterrey Iron & Metal P.O.Box 241509 San Antonio, TX 78224 | | | | | | $74,034.70 |
| MTZ Trucking P.O.Box 750213 Houston, TX 77275-0213 | Glassman Law Firm, PLLC  Hilary@GlassmanLawFirm.com 832-706-2342 | | | | | $124,134.21 |
| OMI Refractories, LLC d/b/a Bisco Refractories 500 Superior St Bldg 4 Carnegie, PA 15106 | Cokinos  cpower@cokinoslaw.com 713-535-5528 | | | | | $53,810.00 |
| Ply Gem Industries - Alenco Extrusions P.O. Box 203368 Dallas, TX 75320-3368 | Totz Ellison & Totz, P.C.  jtotz@tetlegal.com 713-275-0303 | | | | | $50,886.50 |
| South Coast Hydralics P.O Box 41867 Houston, TX 77241 | | | | | | $44,863.78 |
| Venture Metals, Inc. 11221 Tantor Rd. Dallas, TX 75229 | | | | | | $42,993.20 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor  **Arsham Metal Industries, Inc.**                          Case number *(if known)*  _____
        <u>Name</u>

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Vesuvius USA Corp. 5645 Collections Center Drive Chicago, IL 60693 | | | | | | $54,796.16 |
| W. Silver Recycling, Inc. 1720 Magoffin Ave. El Paso, TX 79901 | James W. Brewer Jim.Brewer@kemp smith.com 915.533.4424 | | | | | $67,740.40 |
| YP Advertising & Publishing | Connie King cking@rrylaw.com 615-687-1584 | | | | | $61,591.53 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Texas

In re    **Arsham Metal Industries, Inc.**

Debtor(s)

Case No.
Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Operating Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    3-2-19

**Jeffery Arsham/Chief Operating Officer**
Signer/Title

Texas Workforce Commission
Bankruptcy Section
P O Box 149080
Austin, TX 78714-9080


Texas Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
P O Box 12548
Austin, TX 78711-2548


Internal Revenue Service
Insolvency Section
1919 Smith MAIL STOP HOU 5022
Houston, TX 77002


100 Fold Inc.
1111 Davis Dr. # 220
New Market, Ontario L3Y 9E5


A & S Metal Recycling, Inc.
2261 E. 15th Street
Los Angeles, CA 90021


A&J Transmissions
103 Mebane Street
San Antonio, TX 78223


ABC Home and Commercial Serv.
11934 Barker Cypress
Cypress, TX 77433


Able Supply
PO Box 912
Houston, TX 77001

Account Recievable Technologies
377 Hoes Ln., Suite 200
Piscataway, NJ 08854


Air Products and Chemicals
PO Box 71220, Mail Code 5701
Charlotte, NC 28272


Allegiance Bank Texas
8807 W. Sam Houston Pky
Suite 100
Houston, TX 77040


Aluminum Resources
PO Box 1287
Smyrna, TN 37167


American Chemical Technologies, Inc.
485 E. Van Riper Rd.
Fowlerville, MI 48836


American International Group, Assignee
10111 Richmond Ave
Suite 200
Houston, TX 77042


American Metal Chemical
PO Box 75588
Cleveland, OH 44101


American Metal Solutions
3618 Sunset Blvd.
West Columbia, SC 29169

Andrew Arsham
16510 Cornwall St
Houston, TX 77040


Ann Harris Bennett-Tax Assessor
PO Box 4622
Houston, TX 77210


Applied Industrial Technologies
22510 Network Place
Chicago, IL 60673


ASCO
926 N. Houston Parkway E.
Houston, TX 77032


Avangard Innovative
11906 Brittmoore Park
Houston, TX 77041


Balboa Capital
575 Anton Blvd, 12th floor
Costa Mesa, CA 92626


Balboa Capital Corp.
575 Anton Blvd, 12th floor
Costa Mesa, CA 92626


Bara Logistics
2440 Camino Ramon, #343
San Ramon, CA 94583

Barnett & Garcia
Attn: Lawrence J. Falli
3821 Juniper Trace, Suite 108
Austin, TX 78738


BB&T
2 Great Valley Parkway, Suite 300
Malvern, PA 19355


BB&T Commercial
P.O.Box 896534
Charlotte, NC 28289-6534


BlueLine Rental
PO Box 840062
Dallas, TX 75284-0062


Briffin & Matthews
Attn: Bill Richey
400 Neches at Crockett
Beaumont, TX 77701


C&Y Global Incorporated
121 N. Passadena Blvd.
Pasadena, TX 77506


Cameron Recycling
P O Box 327
Manvel, TX 77578


Cams Blue Wire Technology
919 Milam Steet # 2300
Houston, TX 77002

Carruth-Doggett, Inc.
7110 North Freeway
Houston, TX 77076


CenterPoint Energy
P.O.Box 301149
Dallas, TX 75303-1149


Central Hydraulic
P.O.Box 841168
Houston, TX 77824


Certified Flux Solutions
P.O.Box 372
Morgantown, KY 42261


Chapitos Packaging
P.O.Box 1404
Loving, NM 88256


Chemetco Site PRP Group
c/o The Justis Law Firm LLC
Attn: Gary D. Justis
10955 Lowell Ave., Suite 520
Overland Park, KS 66210-2336


Chernosky, Smith, Ressling & Smith, PLLC
Attn: Michael J. Smith
4646 Wild Indigo, Suite 110
Houston, TX 77027


Cintas
Cintas Loc. #82
P.O.Box 650838
Dallas, TX 75265-0838

CIT
21146 Network Place
Chicago, IL 60673-1211

CIT Bank, N.A.
One Deerwood
10201 Centurion Pkwy N.
Suite 100
Jacksonville, FL 32256

CLM Equipment
PO BOX 1830
Covington, LA 70434

Cokinos
Attn: Craig E. Power
Four Houston Center
1221 Lamar, 16th Floor
Houston, TX 77010

Commercial Metals Company
P.O. Box 844681
Dallas, TX 75284-4681

Commercial Services Group, Inc
4965 U.S. Highway 42, Suite 1500
Louisville, KY 40222

Communiity Bank of Texas
5999 Delaware
Beaumont, TX 77706

Community Bank of Texas
5999 Delaware
Beaumont, TX 77706

Community Bank of Texas
5999 Delaware
Beaumont, TX 77709


Community Bank of Texas, NA
Attn: Chuck Bolton
9 Greenway Plaza, Suite 110
Houston, TX 77046


Compucycle
7700 Kempwood Dr.
Houston, TX 77055


Compucycle, Inc.


Control Concepts, Inc
Dept 314
P.O. Box 4346
Houston, TX 77210-4346


Core Graphics
P.O.BOX 41165
Houston, TX 77241-1165


CrossWood Technology Group
526 Kingwood, Dr. Ste.364
Kingwood, TX 77339


Curlee Manufacturing
13639 Aldine Westfield Rd
Houston, TX 77039

Cypress-Fairbanks ISD Tax Assessor
10494 Jones Rd. #106
Houston, TX 77065


Dannan, Ltd.
 d/b/a Black Rose Steel & Trading
PO Box 876
Attn: S. Ann Hacker
League City, TX 77574

Dart Metals Trading Co.
19 Colonial Drive, # 26
Youngstown, OH 44505


De Lage Landen
P.O.Box 41602
Philadelphia, PA 19101-1602


De Lage Landen Financial Services
1111 Old Eagle School Rd.
Wayne, PA 19087


Dennis Williams
1748 Oak Tree
Houston, TX 77080-7240


Dennis Williams v
1748 Oak Tree
Houston, TX 77080-7240


Derichebourg Recycling USA
P.O. 671383
Dallas, TX 75267-1383

Diesal Specialists
1215 Carpenter Rd.
Humble, TX 77369


Dore Law Group
17171 Park Row #160
Houston, TX 77084


ERS/ OCI
P.O.Box 711097
Cincinatti, OH 45271-1097


Euler Hermes Collections
800 Red Brook Blvd., Suite 400C
Attn: Alan Cozzi
Owings Mills, MD 21117


Euler Hermes Collections
800 Red Brook Blvd., Suite 400C
Attn: Darrel Austin
Owings Mills, MD 21117


Family & Friends Cleaning Service
1029 Hwy 6 N
Ste 650-196
Houston, TX 77079


Farouk
250 Pennbright
Houston, TX 77090


Fedex
P.O.Box 660481
Dallas, TX 75266-0481

Flores pallets LLC.
6101 Dixie Dr.
Houston, TX 77087


Ford Credit Truck Finance
P.O Box 650575
Dallas, TX 75265-0575


Four Seasons Equipment Co.
P.O.Box 691528
Houston, TX 77269-1528


Four Seasons Equipment, Inc.
8111 Mills Rd.
Houston, TX 77064-1111


Freight Cowboy
P.O.Box 4601
Houston, TX 77210-4601


Genesis Commercial Capital, LLC
17551 Gillette Ave.
Irvine, CA 92614


Glassman Law Firm, PLLC
Attn: Hilary Glassman
1415 S. Voss, Suite 110-145
Houston, TX 77057


GM Financial Leasing
75 Remittance Drive
suite 1738
Chicago, IL 60675-1738

Goodwill Industries of Houston
Attn: Accts Receivable/Metal Salvage
1140 W. Loop North
Houston, TX 77055


Goya Foods
30602 Goya Rd.
Brookshire, TX 77423


Grainger
Dep 838458198
P.O.Box 419267
Kansas City, MO 64141-6267


Gulf Coast Combustion LP
P.O.Box 14
Spring, TX 77383-0014


Hahn & Clay
P.O.Box 15521
Houston, TX 77220


Harris County Alarm Detail
9418 Jensen Dr. Suite A
Houston, TX 77093-6821


Harris County et al
Tax Assessor-Collector
P O Box 4622
Houston, TX 77210-4622


Harris County, et al.
c/o Tara Grundemeier
Linebarger Attorneys At Law
4828 Loop Central Drive
Houston, TX 77081

Harrison Hydra-Gen, LTD
14233 West Road
Houston, TX 77041


Harvey Arsham
1203 Creekford Circlev
Sugar Land, TX 77478


Hippo Hopper
6957 W. Little York
Houston, TX 77040


Home Depot
Dept 32-2010868309
PO BOX 9001030
Louisville, KY 40290-1030


Houston Scale
P.O.Box 494
Spring, TX 77383


Hufco
P.O.Box 40489
Houston, TX 77240


Hydraulics of Texas
6800 Northwinds Drive
Houston, TX 77041


Hydro-Commerce
1500 Whetstone Way
Baltimore, MD 21230

Igloo Products Inc.
777 Igloo Rd.
Katy, TX 77494


Innovative Energy Soutions
P.O. Box 15270
Irvine, CA 92623-5270


Intrametco
14297 Bergen Blvd., Suite 200
Noblesville, IN 46060


IPFS  CORPORATION
1055 Broadway
11th Floor
Kansas City, MO 64105


ISRI Gulf Coast Chapter
c/o Tri-State Iron & Metal Co.
1725 East 9th St.
Texarkana, AR 71854


Jack Engle & Co.
8440 South Alameda St
Los Angeles, CA 90001


James B. Morris, III
15511 Bluebonnet Dale, Dr
Cypress, TX 77433


Jeffery R. Arsham
6620 Gessner Drive, 3104
Houston, TX 77040

Jones Hydraulic Service
5955 Armour Drive
Houston, TX 77020


Kaeser Compressor
P.O.Box 946
Fredericksburg, VA 22404


Kemp Smith
Attn: James W. Brewer
221 North Kansas, Suite 1700
El Paso, TX 79901-1441


Kodiak Metals Recycling
1010 Avenue S
Dickinson, TX 77539


Kolkhorst & Kolkhorst
9977 W. Sam Houston Pkwy N
Suite 150
Houston, TX 77064


Lazer Energy
P.O.Box 75044
Houston, TX 77234


Leaf Capital Funding
2005 Market Stree, 14th Floor
Philadelphia, PA 19103


Lewis Brisbois Bisgaard & Smith LLP
633 W. Fifth St.
Suite 4000
Los Angeles, CA 90071

Logix
P.O.Box 3608
Houston, TX 77253-3608


Lopez Metals Houston
2160 Harbor Street
Houston, TX 77020


Louisiana Scrap Metal Recycling
2200 Cameron Street
Lafayette, LA 70506


M. Lipsitz & Co., LTD.
P.O. Box 1175
Waco, TX 76703


MA Aluminum Resources, LLC
9401 Indian Creek Parkway
Suite 450
Overland Park, KS 66210


Magneco/Matrel
Magneco/Matrel
75 Remittance Drive
Chicago, IL 60675-1552


Magnet Co. Inc.
P.O. Box 460
Harrison, AR 72602


Market Street Recycling LTD
P.O. Box 1175
Waco
TX, 76703

Matheson-Tri Gas Inc
Dept 3028 P.O.Box 123028
Dallas, TX 75312


McCarthy, Burgess & Wolfe
Attn: Oscar Roldan
The MB&W Building
26000 Cannon Rd.
Cleveland, OH 44146

Mercedes Benz Financial Services
P.O.Box 5209
Carol Stream, IL 60197-5209


Metal Exchange Corp. B
P.O.Box 7446M
St. Louis, MO 63195


Metal Green Recycling
993 Bellville Turnpike
Kearny, NJ 07032


Metal to Money
155 River Birch Dr.
Oxford, GA 30054


Meyer & Meyer, LLP
Attn: John David Meyer
100 East Veterans Blvd
Owensboro, KY 42303


Michal F. Hord Jr.
Hirsch & Westheimer, P.C.
The Wedge Tower
1415 Louisiana, 36th Floor
Houston, TX 77002

MidSouth Bank
P.O. Box 8
Many, LA 71449


MidSouth Bank
P.O. Box 3745
Lafayette, LA 70502


Midsouth VI LLC
3144 S. Winton Rd.
Rochester, NY 14623


Monterrey Iron & Metal
P.O.Box 241509
San Antonio, TX 78224


MP Instruments
125 W. Crosstimbers
Houston, TX 77018


MTZ Trucking
P.O.Box 750213
Houston, TX 77275-0213


Mustang Cat
P.O.Box 4346 dept 144
Houston, TX 77210-4346


National Resolution Services
274 E. Eau Gallie Blvd.
Suite 349
Satellite Beach, FL 32937

Nelson Fastener Systems
P.O.Box 504781
St. Louis, MO 63150-4781


Northwest Drive Train Svc.
11432 FM529
Houston, TX 77041


OMI Refractories, LLC
d/b/a Bisco Refractories
500 Superior St
Bldg 4
Carnegie, PA 15106


Pawnee Corporation
3801 Automation Way
Fort Collins, CO 80525


Peony
110 Summit Ave. # 200
Montvale, NJ 07645


Person Whitworth Brochers & Morales, LLP
Attn: Albert M. Gutierrez
7744 Broadway St., Suite 100
San Antonio, TX 78209


Petco Inc.
P.O.Box 19
Helotes, TX 78023


Pheonix Industrial Tire
P.O.Box 983
Friendswood, TX 77549

Pirtek
6125 W Sam Houston Pkwy.
Ste.101
Houston, TX 77041


Ply Gem Industries - Alenco Extrusions
P.O. Box 203368
Dallas, TX 75320-3368


Polymeric USA
10155 Windfern
Houston, TX 77064


Praxair
P.O.Box 120812 Dept 0812
Dallas, TX 75312-0812


Reliant Energy
P.O.Box 650475
Dallas, TX 75265-0475


Republic Services
10554 Tanner Rd.
Houston, TX 77041


Richard T. Avis & Associates, LLC
Attn: Josh Chaet
P.O. Box 31579
Chicago, IL 60631


Robinson, Reagan & Young, PLLC
Attn: Connie King
446 James Robertson, Pkwy
Suite 200
Nashville, TN 37219

Rosenberg Paschall Johnson, LLP
2001 Bryan St.
Suite 2125
Dallas, TX 75201


Ross, Banks, May, Cron & Cavin, P.C.
Attn: Eva S. Englehart
7700 San Felipe, Suite 550
Houston, TX 77063-1618


S.D. Arsham
1335 Modiste St
Houston, TX 77055


Sam's Safety Equipment
P.O.Box 430326
Houston, TX 77243-0326


SEARS 1067


Seven Star Packaging
7 STAR PACKAGING
5910 Brittmoore Rd.
Houston, TX 77041


Sheldon D. Arsham
1335 Modiste St.
Houston, TX 77055


Sign Ad
4965 US Hwy 42, Suite 1500
Louisville, KY 40222

Sorb-All Company
P.O.Box 21148
Houston, TX 77226


Source Enviromental Services Inc.
2060 North Loop West,STE 140
Houston, TX 77018


South Coast Hydralics
P.O Box 41867
Houston, TX 77241


sparkletts & sierra springs
p.o.box 660579
Dallas, TX 75266


Sprint
P.O.Box 4181
Carol Stream, IL 60197-4181


State Farm
2112 Pease Street
Houston, TX 77003


State Metal Industries
941 South Second Street
Camden, NJ 08103


Steel Supply, LP
10600 Telephone Rd.
Houston, TX 77075

STREAM
P.O.Box 802066
Dallas, TX 75380


Sunbelt Rentals
P.O.Box 409211
Atlanta, GA 30384-9211


SunBelt Rentals, Inc.
Attn: Cameron Summers
1275 West Mound St.
Columbus, OH 43223


Taylor, Taylor & Russell
Attn: Allen D. Russell
2777 Allen Parkway, Suite 1000
Houston, TX 77019


Texas Commission on Environmental Qualit
P O Box 13089
Austin, TX 78711-3089


Texas Comptroller of Public Accounts
P.O.Box 149348
Austin, TX 78714-9348


Texas Iron & Metal
865 Lockwood Dr.
Houston, TX 77020


Texas Scrap Metal, Inc.
9210 Emmott Rd
Houston, TX 77040

The APB
5635 NW Central Dr. E-108
Houston, TX 77092


The Law Offices of Darryl T. Watson, PC
401 E. Sonterra Blvd., Suite 375
San Antonio, TX 78258


The Nut Place
6605 North Gessner Drive
Houston, TX 77040-4015


The Office of Andre Larabie, MBA, PhD
9450 SW Gemini Dr.
Suite 31735
Attn: Bill Payne
Beaverton, OR 97008


The Parker Law Firm
Attn: Steven T. Parker
715 Clear Lake Rd., Suite 101
Kemah, TX 77565


TISS
Department 407
P.O.BOX 4652
Houston, TX 77210-4652


Totz Ellison & Totz, P.C.
Attn: Jon Totz
2211 Norfolk, Suite 510
Houston, TX 77098


Totz Ellison & Totz, P.C.
Attn: John Totz
2211 Norfolk, Suite 510
Houston, TX 77098

Totz Ellison & Totz, P.C.
Attn: Marc L. Ellison
2211 Norfolk, Suite 510
Houston, TX 77098


Toyota Financial Service/Forklifts
P.O.Box 660926
Dallas, TX 75266-0926


Toyota Industries Commercial Finance
P.O. Box 9050
Coppell, TX 75019-8050


Toyota Lift of Houston
P.O. Box 733593
Dallas, TX 75373-3953


Tyco Integrated security
P.O. Box 371967
Pittsburgh, PA 15250-7967


U.S.BANK NA
P.O.BOX 790117
St. Louis, MO 63179-0117


Uber Freight
Uber 10th Floor
685 Market Street
San Francisco, CA 94105


United Rentals[North America]
P.O. Box 840514
Dallas, TX 75284-0514

United Structures of America
1912 Buschong St.
Houston, TX 77039-1298


Velez Trucking Inc.
5303 Oats Road
Houston, TX 77013


Venture Metals, Inc.
11221 Tantor Rd.
Dallas, TX 75229


Vericore
Attn: William Fox
10115 Kincey Ave
Huntersville, NC 28078


Vesuvius USA  Corp.
5645 Collections Center Drive
Chicago, IL 60693


Vi-Tech
6514 Overcrest Lane
Pasadena, TX 77505


VIM Recyclers
920 Rathboone Ave.
Aurora, IL 60506


W. Silver Recycling, Inc.
1720 Magoffin Ave.
El Paso, TX 79901

Waste Management
Conroe 7 Indusrial Landfill
P.O.Box 660345
Dallas, TX 75266-0345


Waukesha-Pearce Industies
P.O. Box 204116
Dallas, TX 75320-4116


Wells & Cuellar, P.C.
Attn: Jeffrey D. Stewart
440 Louisiana, Suite 718
Houston, TX 77002


Wilkinson Gary Iron & Metal
2300 Scott Street
Laredo, TX 78040


World Trading
12999 Executive Drive
Sugarland, TX 77478


Wright's Scrap metals, Inc.
P.O.Box 5846
5802 Washington Blvd.
Beaumont, TX 77726


YP Advertising & Publishing
Robinson,Reagan & Young, PLLC
c/o Mark B. Reagan, B.P.R.
446 James Robertson Rkwy, Suite 200
Nashville, Tennessee 37219


Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346