UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ARSHAM METAL INDUSTRIES, INC., | § | CASE NO. 19-31268 |
| | § | (Chapter 11) |
| Debtor | § | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE
9010(b) COMBINED WITH REQUEST FOR ALL COPIES
PURSUANT TO BANKRUPTCY RULE 2002(a), (b)
AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(A)**

**CommunityBank of Texas, N.A.**, hereby requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon its attorney-of-record:

Michael J. Smith
Chernosky, Smith, Ressling & Smith, PLLC
4646 Wild Indigo, Suite 110
Houston, Texas 77027
Telephone: (713) 800-8608
Facsimile: (713) 800-8617
Email: msmith@csrslaw.com

This request for notices encompasses all notices, copies and pleadings, including, without limitation, to those referred to in Bankruptcy Rules 2002 or 9007, and notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect the above case.

[K:\Wpmain\12016\57517\Bankruptcy\NOA.wpd]

Respectfully submitted this 11th day of March, 2019.

**CHERNOSKY, SMITH, RESSLING & SMITH, PLLC**

*/s/ Michael J. Smith*
Michael J. Smith
TBA No. 18650880
4646 Wild Indigo, Suite 110
Houston, Texas  77027
Telephone:     (713) 800-8608
Facsimile:     (713) 800-8617
Email: msmith@csrslaw.com
**Attorneys for CommunityBank of Texas, N.A.**

## **CERTIFICATE OF SERVICE**

    I, Michael J. Smith, hereby certify that a true and correct copy of the foregoing Notice of Appearance Under Bankruptcy Rule 9010(b) Combined with Request for all Copies Pursuant to Bankruptcy Rule 2002(a), (b) and Pleadings Pursuant to Bankruptcy Rule 3017(a)has been served upon the parties listed below by first class mail, postage prepaid, on the 11th day of March, 2019.

**DEBTOR:**
Arsham Metal Industries, Inc.
11280 Charles Road
Houston, TX 77041
*Via 1st Class U.S. Mail*

**DEBTOR'S COUNSEL:**
Vianey Garza
Hoover Slovacek, LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056
Telephone: 713-977-8686
Facsimile: 713-977-5395
Email: garza@hooverslovacek.com
*Via Electronic Notice*

Melissa Anne Haselden
Hoover Slovacek, LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056
Telephone: 713-977-8686
Facsimile: 713-977-5395
Email: haselden@hooverslovacek.com
*Via Electronic Notice*

**CHAPTER 11 TRUSTEE:**
Mr. Hector Duran
Office of U.S. Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002
Telephone: (713) 718-4650
Email: hector.duran.jr@usdoj.gov
*Via Electronic Notice*

**U.S. TRUSTEE:**
U.S. Trustee
Bob Casey Federal Building
515 Rusk, 3rd Floor, Suite 3516
Houston, Texas 77002
*Via Electronic Notice*

                                            */s/ Michael J. Smi*th
                                            MICHAEL J. SMITH

[K:\Wpmain\12016\57517\Bankruptcy\NOA.wpd]
3