**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **ARSHAM METAL INDUSTRIES, INC.** | § | **CASE NO. 19-31268** |
| | § | **(Chapter 11)** |
| **Debtors.** | § | **JUDGE DAVID JONES** |

<u>**MIDSOUTH VI, LLC'S WITNESS LIST**</u>

| **Main Case No.: 19-31268** | **Name of Debtor:** **Arsham Metal Industries, Inc.** |
|---|---|
| **Witnesses:** | |
| 1. Loretta Cross | Judge: David R. Jones |
| 2. Any Party if Interest Present at the hearing | Courtroom Deputy: Vriana Porillo |
| 3. Any witness call by another party; and | Hearing Date: March 20, 2019 |
| 4. Any witness necessary for rebuttal or impeachment. | Hearing Time: 3:30 p.m. |
| | Party's Name: Midsouth VI, LLC |
| | Attorney's Name: Michael J. Durrschmidt |
| | Attorney's Phone: 713-220-9165 |
| | Nature of Proceeding: Hearing on Debtor's Motion to Approve DIP Financing |

Respectfully submitted this 18th day of March, 2019.

HIRSCH & WESTHEIMER, P.C.

By: /s/  Michael J. Durrschmidt
Michael J. Durrschmidt
Texas Bar No. 06287650
1415 Louisiana, Floor 36
Houston, Texas 77002
Telephone: 713-220-9165
Facsimile:  713-223-9319
E-mail: mdurrschmidt@hirschwest.com

**ATTORNEY FOR MIDSOUTH VI, LLC**

20130557.20180532/3239419.1

## <u>CERTIFICATE OF SERVICE</u>

 I, Michael J. Durrschmidt, hereby certify that on the 18th day of March, 2019, a copy of the foregoing Notice of Appearance of Counsel was served via first class mail, postage prepaid, and/or via the Clerk of the Court through the ECF system to the parties listed below.

Vianey Garza
Hoover Slovacek LLP
Galleria II Tower
5051 Westheimer, Suite 1200
Houston, Texas 77056
garza@hooverslovacek.com

Edward L. Rothberg
Hoover Slovacek LLP
Galleria II Tower
5051 Westheimer, Suite 1200
Houston, TX 77056
rothberg@hooverslovacek.com

Melissa A Haselden
Hoover Slovacek LLP
Galleria II Tower
5051 Westheimer, Suite 1200
Houston, TX 77056
haselden@hooverslovacek.com

US Trustee
Office of the US Trustee
ATTN: Hector Duran
515 Rusk, Suite 3516
Houston, TX 77002

/s/  Michael J. Durrschmidt
Michael J. Durrschmidt

2

20130557.20180532/3239419.1