# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| ARSHAM METAL INDUSTRIES, § | CASE NO. 19-31268 |
| INC., § | (Chapter 11) |
| DEBTOR. § | |
| § | JUDGE DAVID R. JONES |
| § | |

## DEBTOR'S AMENDED EXHIBIT AND MAY CALL WITNESS LIST

| Main Case No: 19-31268 | Name of Debtor: **Arsham Metal Industries, Inc.** |
|---|---|
| **Witnesses:** | |
| 1.  Clinton F. Bogart, MRICS, SIOR | Judge: David Jones |
| 2.  Bruce Bailey, MAI | Courtroom Deputy: Vriana Portillo |
| 3.  Jeffery R. Arsham, COO | |
| 4.  Any Party of Interest Present at the hearing; | Hearing Date: March 20, 2019 |
| 5.  Any witness called by another party; and, | Hearing Time: 3:30 p.m. |
| 6.  Any witness necessary for rebuttal or impeachment. | Party's Name: Arsham Metal Industries |
| | Attorney's Name: Melissa A. Haselden |
| | Attorney's Phone: 713-977-8686 |
| | Nature of Proceeding: Hearing on Continued Use of Cash Collateral/Final Approval [Docket No. 16] |
| | |
| | |

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Arsham Appraisal Report – Real Estate | | | | |
| 2 | DIP term sheet | | | | |
| 3 | 120 Budget | | | | |
| 4 | Notice of Final Hearing on Debtor's Emergency Motion to Incur Post-Petition Indebtedness [Docket No. 34] | | | | |
| 5 | Debtor's Schedules A-H [Docket No. 42] | | | | |
| 6 | Debtor's Statement of Financial Affairs [Docket No. 42] | | | | |
| 7 | 2018 AMI Appraisal Report of Equipment | | | | |
| 8 | Any exhibits listed by any other party and/or any exhibits listed for any other hearing set for the same date. | | | | |
| 9 | Any exhibits necessary for rebuttal, impeachment or refreshing the recollection of witnesses. | | | | |
| 10 | Any additional exhibits used for demonstrative purposes only. | | | | |

DATED:  March 19, 2019

Respectfully submitted,

HOOVER SLOVACEK LLP

By: /s/ Melissa A. Haselden
MELISSA A. HASELDEN
State Bar No. 00794778
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: 713.977.8686
Facsimile:  713.977.5395
haselden@hooverslovacek.com

OF COUNSEL:
HOOVER SLOVACEK LLP
Edward L. Rothberg
State Bar No. 17313990
rothberg@hooverslovacek.com

Vianey Garza
State Bar No. 24083057
garza@hooverslovacek.com
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: 713.977.8686
Facsimile:  713.977.5395
*Attorneys for Debtor in Possession*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2019, a true and correct copy of the foregoing Witness and Exhibit List for Arsham Metal Industries, Inc. was served by the Court's ECF notification system to the parties listed below at the email addresses listed below:

**19-31268 Notice will be electronically mailed to:**
John P Dillman on behalf of Creditor Cypress-Fairbanks ISD
Houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Harris County
Houston_bankruptcy@publicans.com

Carl Dore, Jr on behalf of Creditor Dore Law Group, P.C.
carl@dorelawgroup.net, bbollman@dorelawgroup.net

Hector Duran, Jr on behalf of U.S. Trustee US Trustee
Hector.Duran.Jr@usdoj.gov, USTPRegion07.HU.ECF@USDOJ.GOV

John P Melko on behalf of Interested Party AMI Capital Partners, LLC
jmelko@foley.com, ggattis@foley.com;swilson@foley.com;rdiep@foley.com

Michael Kevin Riordan on behalf of Interested Party AMI Capital Partners, LLC
mriordan@foley.com, ggattis@foley.com;rdiep@foley.com

Edward L Rothberg on behalf of Debtor Arsham Metal Industries, Inc.
rothberg@hooverslovacek.com, ELRbankruptcy@gmail.com,hsllpbankruptcy@gmail.com,

Misty A Segura on behalf of Creditor OMI Refractories, LLC dba Bisco Refractories
msegura@cokinoslaw.com, cpower@cokinoslaw.com;mfitzwater@cokinoslaw.com

Michael J Smith on behalf of Creditor Community Bank of Texas, N.A.
msmith@csrslaw.com

John Mark Stern on behalf of Creditor Texas Comptroller of Public Accounts
john.stern@oag.texas.gov, sherri.simpson@oag.texas.gov

Donald L Turbyfill on behalf of Creditor Ford Motor Credit Company LLC
dturbyfill@dntlaw.com, ardell@dntlaw.com;jody@dntlaw.com;kimg@dntlaw.com

Michael J Durrschmidt on behalf of Creditor Midsouth VI, LLC
mdurrschmidt@hirschwest.com

John P Dillman on behalf of Creditor Cypress-Fairbanks ISD

Houston_Bankruptcy@publicans.com

Jeffrey Dale Stewart on behalf of Creditor Danann, Ltd. d/b/a Black Rose Steel & Trading
jstewart@wellscuellar.com

{851329/00110/01304007.DOCX 1 }  5