IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re | § Chapter 11 |
| ARSHAM METAL INDUSTRIES, INC. | § Case No. 19-31268 |
| Debtor | § |

**NOTICE OF QUALIFIED BIDS**
(Related to Docket No. 69)

Pursuant to this Court's *Order (A) Approving Selection of Stalking Horse Bidder and Break-Up Fee; (B) Approving Bidding Procedures; (C) Setting an Auction; (D) Approving The Form And Manner Of The Notice Of (i) Auction And Sale Hearing, And (ii) Proposed Assumption And Assignment Of Executory Contracts And Unexpired Leases And Proposed Cure Costs Relating Thereto; and (E) Setting Sale Hearing* (Docket No. 69) dated April 17, 2019, Debtor Arsham Metal Industries, Inc. ("Debtor") files this Notice of Qualified Bids.

The Debtor received the following Qualified Bids:

| Bidder Name | Bid Amount |
|---|---|
| 1. Icon Metal Solutions, LLC | $2,900,000 |
| 2. 1128 Charles Road. L. P. | $3,100,000 |

DATED: May 5, 2019

Respectfully submitted,

HOOVER SLOVACEK LLP

By: */s/ Melissa A. Haselden*

    Melissa A. Haselden
    State Bar No. 00794778
    5051 Westheimer, Suite 1200
    Houston, Texas 77056
    Telephone: 713.977.8686
    Facsimile:  713.977.5395
    haselden@hooverslovacek.com

**OF COUNSEL:**
HOOVER SLOVACEK LLP
Edward L. Rothberg
State Bar No. 17313990
rothberg@hooverslovacek.com
VIANEY GARZA
State Bar No. 24083057
garza@hooverslovacek.com

*Attorneys for Debtor and Debtor in Possession*